1 | Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
2 | Dorothy Hassaram, State Bar No. 254025
E-Mail: lhassaram@hurrellcantrall.com
3 | HURRELL CANTRALL LLP
700 South Flower Street, Suite 900
4 | Los Angeles, California 90017-4121
Telephone: (213) 426-2000
5 | Facsimile: (213) 426-2020

6 | Attorneys for Defendant Gary Tanaka

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11 | Stephen Yagman,

CASE NO. CV12-7908- GW(SHx)

12 | Plaintiff,

[Judge George Wu, Courtroom "10"]

13 | v.

**REQUEST FOR JUDICIAL
NOTICE IN SUPPORT OF
DEFENDANT GARY YOSHIO
TANAKA's MOTION TO DISMISS
PLAINTIFF'S COMPLAINT**

14 | Dale Kristopher Galipo, Margaret
Eichenlaub, David Eichenlaub,
15 | Raymond Griffith Fortner, Robert
Edward Kalunian, John Foster Krattli,
16 | Roger Harold Granbo Jr., Edwin Arthur
Lewis, Gary Yoshio Tanaka, Dennis
17 | Michael Gonzalez, Leroy David Baca,
Lawrence Tevor Grimm, Jr., Manning
18 | & Kass, Ellrod, Ramirez, Trester LLP,
Manning & Marder, Kass Ellrod
19 | Ramirez LLP, Thomas Charles Hurrell,
Hurrell Cantrall LLP, and Unknown
20 | Named Defendants Nos. 1-10,

[Filed concurrently with Motion to
Dismiss]

Date: November 19, 2012
Time: 8:30 a.m.

21 | Defendants.

Trial Date:     None Set

22

23

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

*HURRELL CANTRALL LLP*
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

# I.   **REQUEST FOR JUDICIAL NOTICE**

Defendant GARY TANAKA hereby respectfully requests that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following documents:

**Exhibit No. 1**: Plaintiff's Notice of Attorney's Lien For Costs and Fees, relating to the case *M. Eichenlaub v. Leroy Baca* case number 2:06-CV-06979-GHK-CT

**Exhibit 2**: Civil Docket, with Attorney and Party Names, relating to the case *M. Eichenlaub v. Leroy Baca* case number 2:06-CV-06979-GHK-CT

In addition, defendant TANAKA also requests that this court to take judicial notice of the following facts:

**Fact No. 1**: The lien at issue in plaintiff's Complaint was asserted by, and filed on behalf of, plaintiff's former law firm, Yagman & Yagman & Reichmann.  *See* Exhibit 1; Exhibit 2, pg. 7, Docket No. 3; *see also* Complaint ¶ 3 (identifiying the underlying case).

**Fact No. 2**: Defendant GARY YOSHIO TANAKA was involved in the underlying case, *M. Eichenlaub v. Leroy Baca,* in his capacity as an employee of the Office of County Counsel.  *See* Exhibit 2, pg. 2.

/ / /
/ / /

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

II.   **LEGAL BASIS FOR REQUEST.**

A.   **THESE DOCUMENTS AND FACTS ARE APPROPRIATE OBJECTS OF JUDICIAL NOTICE.**

Under *Federal Rules of Civil Procedure*, Rule 201, a court may judicially notice a fact that is not subject to reasonable dispute if can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Civ. P. 201 (b).  The court may take judicial notice on its own, or must take judicial notice if a party requests it and the court is supplied with the necessary information.  Fed. R. Civ. P. (c).  "Federal courts may 'take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue.'" *Cactus Corner, LLC v. U.S. Dept. of Agric.,* 346 F.Supp.2d 1075, 1092 (E.D. Cal. 2004)(quoting *United States ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.* 971 F.2d 244, 248 (9th Cir. 1992).

B.   **A COURT MAY CONSIDER THESE DOCUMENTS AND FACTS IN DECIDING A MOTION TO DISMISS UNDER RULE 12(B)(1) OR 12(B)(6).**

A Rule 12(b)(1) jurisdictional attack may be facial or factual. *White v. Lee*, 227 F.3d 1214, 1242 (9th Cir. 2000).  In a factual attack, the challenger disputes the truth of the allegations that, by themselves, would otherwise involve federal jurisdiction. *Safe Air for Everyone v. Meyer*, 373 F.3d 1035, 1039 (9th Cir. 2004). In such circumstances, a court may examine extrinsic evidence without converting the motion to one for summary judgment, and there is no presumption of the truthfulness of the Plaintiff's allegations. *Id.*; *see also Dreier v. United States,* 106 F.3d 844, 847 (9th Cir. 1997), *citing Land v. Dollar*, 330 U.S. 731, 735 n.4, 67 S.Ct. 1009, 91 L.Ed. 1209 (1947) ("[W]hen a question of the District Court's jurisdiction is raised . . . the court may inquire by affidavits or otherwise, into the facts as they exist.").

Moreover, documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading,

1    may be considered in ruling on a Rule 12(b)(6) motion to dismiss. *Branch v. Tunnell,*

2    14 F.3d 449, 454 (9th Cir. 1994) *(overruled on other grounds by Galbraith v. County*

3    *of Santa Clara,* 307 F.3d 1119, 1127 (9th Cir. 2002). In addition, a court may take

4    judicial notice of matters of public record without converting a motion to dismiss into

5    a motion for summary judgment, as long as the facts noticed are not subject to

6    reasonable dispute. *Intri-Plex Techs., Inc. v. Crest Grp., Inc.*, 499 F.3d 1048, 1052

7    (9th Cir. 2007.)

8    **III.**    **CONCLUSION.**

9       For the foregoing reasons, defendant GARY TANAKA respectfully requests

10    that the Court take judicial notice of the documents and facts referenced above.

12    DATED: October 5, 2012        HURRELL CANTRALL LLP

By:

           THOMAS C. HURRELL
           DOROTHY HASSARAM
           Attorneys for Defendant Gary Tanaka

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

-4-

1

STEPHEN YAGMAN
MARION R. YAGMAN
JOSEPH REICHMANN
YAGMAN & YAGMAN & REICHMANN
723 Ocean Front Walk
Venice, California 90291-3212
(310) 452-3200

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| M. EICHENLAUB and D. EICHENLAUB, as individuals and as survivors of their murdered son, D. EICHENLAUB,<br><br>Plaintiffs,<br><br>vs.<br><br>LEROY BACA and UNKNOWN NAMED DEFENDANTS 1-20, all in both their individual and official capacities,<br><br>Defendants. | No. CV-06-06979-GHK(CTx)<br><br>NOTICE OF ATTORNEYS' LIEN FOR COSTS AND FEES<br>(04-12-07)<br><br><br><br>Judge George H. King |

**PLEASE TAKE NOTICE** that the law firm of Yagman & Yagman & Reichmann asserts a lien against any proceeds that may result in or from this action, including from compromise, settlement, judgment, verdict, appeal, or otherwise, and that said lien is for attorneys' fees and costs, pursuant to written contract, and is in the approximate sum of five hundred thousand dollars ($500,000.00), and may be more or may be less.

//

//

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

YAGMAN & YAGMAN & REICHMANN

By: _____
STEPHEN YAGMAN

2

(CTx), CLOSED, DISCOVERY

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Western Division − Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:06−cv−06979−GHK −CT

M Eichenlaub et al v. Leroy Baca et al
Assigned to: Judge George H. King
Referred to: Magistrate Judge Carolyn Turchin
Demand: $50,000,000
Member case: (View Member Case)
 Related Case: 2:07−cv−08098−GHK−CT
Cause: 42:1983 Civil Rights Act

Date Filed: 11/01/2006
Date Terminated: 10/16/2009
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**M Eichenlaub**

represented by **Dale K Galipo**
Law Offices of Dale K Galipo
21800 Burbank Boulevard Suite 310
Woodland Hills, CA 91367
818−347−3333
Fax: 818−347−4118
Email: dalekgalipo@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edwin A Lewis**
Los Angeles County Counsel Office
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, CA 90012
213−974−0689
Email: elewis@counsel.lacounty.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D Eichenlaub**
*as individuals and as survivors of their
murdered son, D Eichenlaub*

represented by **Dale K Galipo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edwin A Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Leroy Baca**

represented by **Dennis Michael Gonzales**
Lawrence Beach Allen and Choi PC
100 W Broadway Suite 1200
Glendale, CA 91210−1219
818−545−1925
Fax: 818−545−1937
Email: dgonzales@lbaclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edwin A Lewis**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Y Tanaka**
Office of the County Counsel
500 West Temple Street 6th Floor
Los Angeles, CA 90012−2713
213−974−1920
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**L Trevor Grimm**
Manning &Marder Kass Ellrod Ramirez
LLP
801 South Figueroa Street 15th Floor
Los Angeles, CA 90017
213−624−6900
Fax: 213−624−6999
Email: ltg@mmker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Gilbert Ramirez**                          represented by   **Dennis Michael Gonzales**
*Substituted for*                                            (See above for address)
Doe 1                                                        *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Gary Y Tanaka**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **L Trevor Grimm**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**
**Michael Barlow**                           represented by   **Dennis Michael Gonzales**
*Successor*                                                  (See above for address)
Doe 2                                                        *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Gary Y Tanaka**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **L Trevor Grimm**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**
**Lt. James Tatreau**                        represented by   **Dennis Michael Gonzales**
*Substituted for*                                            (See above for address)
Doe 3                                                        *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Gary Y Tanaka**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

                                                    *ATTORNEY TO BE NOTICED*

                                                    **L Trevor Grimm**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Edward Gilpin**                 represented by    **Dennis Michael Gonzales**
*Substituted for*                                   (See above for address)
Doe 4                                               *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Gary Y Tanaka**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **L Trevor Grimm**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Ruben Rivas**                   represented by    **Dennis Michael Gonzales**
*Substituted for*                                   (See above for address)
Doe 5                                               *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Gary Y Tanaka**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **L Trevor Grimm**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**David Harrison**                represented by    **Dennis Michael Gonzales**
*Substituted for*                                   (See above for address)
Doe 6                                               *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Gary Y Tanaka**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **L Trevor Grimm**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**James Herrera**                 represented by    **Dennis Michael Gonzales**
*Substituted for*                                   (See above for address)
Doe 7                                               *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Gary Y Tanaka**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**L Trevor Grimm**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pierre Mailloux**
*Substituted for*
Doe 8

represented by **Dennis Michael Gonzales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Y Tanaka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**L Trevor Grimm**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard Crowther**
*Substituted for*
Doe 9

represented by **Dennis Michael Gonzales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Y Tanaka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**L Trevor Grimm**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**County of Los Angeles**
*Substituted for*
Doe 10

represented by **Dennis Michael Gonzales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Y Tanaka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**L Trevor Grimm**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2006 | 1 | COMPLAINT against defendant Leroy Baca.(Filing fee $ 350) Jury Demanded. , filed by plaintiffs M Eichenlaub, D Eichenlaub.(rrey, ) (Entered: 11/08/2006) |

| 11/01/2006 | | 20 Day Summons Issued re Complaint − (Discovery) 1 as to Leroy Baca. (rrey, ) (Entered: 11/08/2006) |
|---|---|---|
| 11/01/2006 | 2 | STATEMENT of Interested Parties filed by Plaintiffs M Eichenlaub, D Eichenlaub. (rrey, ) (Entered: 11/08/2006) |
| 11/03/2006 | 3 | ORDER regarding case management and requirements and compliance to rules by Judge George H. King (lc, ) (Entered: 11/08/2006) |
| 11/20/2006 | 4 | ANSWER to Complaint − (Discovery) 1 with JURY DEMAND filed by defendant Leroy Baca.(lc, ) (Entered: 11/21/2006) |
| 11/20/2006 | 5 | CERTIFICATE of Interested Parties filed by Defendant Leroy Baca. (lc, ) (Entered: 11/21/2006) |
| 12/01/2006 | 6 | ORDER that Scheduling Conference set for 1/29/07 1:30 PM; compliance to FRCP 26 and requirements; parties planning meeting pursuant to rule 26(f) by 1/3/07; Joint Rule 26 Meeting Report due by 1/16/07 by Judge George H. King (lc, ) (Entered: 12/04/2006) |
| 01/16/2007 | 7 | JOINT REPORT Rule 26(f) Discovery Plan filed; estimated length of trial 2 days. (lc, ) (Entered: 01/17/2007) |
| 01/18/2007 | 8 | AMENDED ANSWER to Complaint − (Discovery) 1 ; Jury demand filed by defendant Leroy Baca.(lc, ) Modified on 1/19/2007 (lc, ). (Entered: 01/19/2007) |
| 01/18/2007 | 9 | CERTIFICATE of Interested Parties filed by Defendant Leroy Baca. (lc, ) (Entered: 01/19/2007) |
| 01/19/2007 | 10 | NOTICE OF CLERICAL ERROR: Due to clerical error Re: AMENDED Answer to Complaint 8 , wrong docketing event of answer was used, and entry was edited to include Amended answer of LeRoy Baca. (lc, ) (Entered: 01/19/2007) |
| 01/19/2007 | 11 | JOINT REPORT Rule 26(f) Discovery Plan filed; estimated length of trial 2 days. (lc, ) (Entered: 01/23/2007) |
| 02/02/2007 | | ***Terminated scheduling conference. (lc, ) (Entered: 02/06/2007) |
| 02/02/2007 | 12 | MINUTES OF IN CHAMBERS ORDER held before Judge George H. King : Matter was on calendar for Scheduling conference on 1/29/07. Having reviewed the Report of Parties Planning Meeting, it is determined that an in−person conference is unnecessary. Accordingly, the 1/29/07 scheduling conference is taken off calendar and vacated. The following scheduling order is entered: any stipulation/motion to amend shall be lodged/filed no later tha 3/30/07; all fact discovery be completed no later than 5/31/07; parties shall designate expert witnesses and make required disclosures no later than 5/31/07 and rebuttal expert witness no later than 6/14/07; all expert discovery be completed no later than 6/29/07; parties comply with Local Rule 16−14 no later than 7/13/07. If case settles, counsel shall notify court clerk forthwith. If case does not settle, counsel shall file a joint status report with the ocurt setting forth the status of case within 48 hours of termination of settlement discussions; ay dispositive motion shall be filed no later than 8/13/07 and noticed for hearing thereafter regularly under the Local Rules; Court will set pretrial conference and trial dates, if necessary, after resolution of dispositive motions. Court Reporter: none. (lc, ) (Entered: 02/06/2007) |
| 02/06/2007 | 13 | STIPULATION AND ORDER by Judge Carolyn Turchin RESOLVING DISCOVERY DISPUTE:(dam) (Entered: 02/06/2007) |
| 02/26/2007 | 14 | REQUEST for court order for permission to file ex parte application to have the court order substitution of attorney and transfer of file to plaintiffs new attorney Dale K Galipo and for oral hearing filed by plaintiffs M Eichenlaub, D Eichenlaub. Lodged orders. (lc, ) (Entered: 02/27/2007) |
| 03/02/2007 | 15 | RESPONSE to Dale Galipos ex parte application filed 2/26/07 filed by Plaintiffs M Eichenlaub, D Eichenlaub (lc, ) (Entered: 03/05/2007) |
| 03/06/2007 | 16 | MINUTES OF IN CHAMBERS ORDER held before Judge George H. King : Court denies attorney Dale K Galipos REQUEST for Leave to for permission to |

| | | file ex parte application to have the court order substitution of attorney and transfer of file to plaintiffs new attorney Dale K Galipo and for oral hearing 14 . Court Reporter: none. (lc, ) (Entered: 03/07/2007) |
|---|---|---|
| 03/07/2007 | 17 | DECLARATION of Dale K. Galipo in reply to Response of attorney Stephen Yagman 15 filed by Plaintiffs M Eichenlaub, D Eichenlaub. (lc, ) (Entered: 03/08/2007) |
| 03/08/2007 | | PLACED IN FILE – NOT USED re Proposed Order regarding substitution of attorney and transfer of plaintiffs file. Lodged 2/26/2007. (jp) (Entered: 03/26/2007) |
| 03/08/2007 | | PLACED IN FILE – NOT USED re Proposed Order for permission to file ex–parte application to have the Court order substitution of attorney and transfer of file to plaitniffs new attorney Dale K. Galipo; Request for oral hearing. Lodged 2/26/2007. (jp) (Entered: 03/26/2007) |
| 03/12/2007 | 18 | NOTICE OF MOTION AND MOTION to adjudge defendant Los Angeles County Sheriff Le Roy Baca and his legal counsel, Edwin Lewis and his law firm, Manning and Marder Kass, Ellrod and Ramirez in both criminal and civil contempt for their disobedience and violation of this courts 2/6/07 order to which they stipulated filed by plaintiffs M Eichenlaub, D Eichenlaub. Motion set for hearing on 4/2/2007 at 09:30 AM before Judge George H. King. (lc, ) (Entered: 03/13/2007) |
| 03/12/2007 | 19 | EVIDENCE in support of MOTION to adjudge defendant Los Angeles County Sheriff Le Roy Baca and his legal counsel, Edwin Lewis and his law firm, Manning and Marder Kass, Ellrod and Ramirez in both criminal and civil contempt for their disobedience and violation of this courts 2/6/07 order to which they stipulated filed by plaintiffs 18 filed by plaintiffs M Eichenlaub, D Eichenlaub. (lc, ) (Entered: 03/13/2007) |
| 03/14/2007 | 20 | REJOINDER to attorney Dale Galipos declaration 17 filed by plaintiff M Eichenlaub, D Eichenlaub. (lc, ) Modified on 4/2/2007 (lc, ). (Entered: 03/19/2007) |
| 03/21/2007 | 25 | OPPOSITION to MOTION for Contempt against Le Roy Baca and his attorney and law firm 18 ; memorandum; declaration of L Trevor Grimm, Edwin A Lewis filed by defendant Leroy Baca. (lc, ) (Entered: 04/03/2007) |
| 03/26/2007 | 21 | REPLY on their MOTION to adjudge defendant Los Angeles County Sheriff Le Roy Baca and his legal counsel, Edwin Lewis and his law firm, Manning and Marder Kass, Ellrod and Ramirez in both criminal and civil contempt for their disobedience and violation of this courts 2/6/07 order to which they stipulated 18 filed by plaintiff M Eichenlaub, D Eichenlaub. (lc, ) (Entered: 03/27/2007) |
| 03/26/2007 | 22 | NOTICE OF MOTION AND MOTION for Leave to file amended complaint to set forth true names of some fictitiously–named defendants and to extend discovery cutoff date to permit discovery to be taken from these defendants filed by plaintiffs M Eichenlaub, D Eichenlaub. Motion set for hearing on 4/16/2007 at 09:30 AM before Judge George H. King. Lodged first amended complaint. . (lc, ) (Entered: 03/27/2007) |
| 03/30/2007 | 23 | EX PARTE APPLICATION for Order for substitution of attorneys for plaintiffs; declarations of Dale K Galipo, Margret Eichenlaub and David Eichenlaub filed by plaintiff M Eichenlaub, D Eichenlaub. Lodged order and motion. (lc, ) Modified on 4/24/2007 (lc, ). (Entered: 04/02/2007) |
| 03/30/2007 | 24 | MINUTES OF IN CHAMBERS ORDER held before Judge George H. King : RE: Plaintiffs MOTION to adjudge defendant Los Angeles County Sheriff Le Roy Baca and his legal counsel, Edwin Lewis and his law firm, Manning and Marder Kass, Ellrod and Ramirez in both criminal and civil contempt for their disobedience and violation of this courts 2/6/07 order 18 is deemed suitable for resolution without oral argument; motion is denied. Plaintiff may file a properely notice discovery motno, in full conformity with Rule 37 ad Local Rules with the assigned magistrate judge. However, plaintiffs shall not seek contempt for the conduct that formed the basis of this motion. Court notes there is a pending dispute regarding the plaintiffs counsel of record. Parties are Ordered to refrain from filing |

| | | |
|---|---|---|
| | | on substantive matters until the resolution of that dispute and plaintiffs MOTION for Leave to file amended complaint 22 is stricken without prejudice to its re–filing pending further order of the court. Court Reporter: none. (lc, ) (Entered: 04/02/2007) |
| 04/02/2007 | 26 | Notice of non–oppositio re MOTION for Leave to file amended complaint 22 filed by defendant Leroy Baca. (lc, ) (Entered: 04/03/2007) |
| 04/02/2007 | 27 | OPPOSITION to renewed EX PARTE APPLICATION for Order for substituion of attorneys for plaintiffs 23 filed by plaintiffs M Eichenlaub, D Eichenlaub. (lc, ) (Entered: 04/03/2007) |
| 04/04/2007 | 31 | SUPPLEMENTAL DECLARATION of Dale K Galipo in support of Plaintiffs Motion to have court order substituion of attorneys for plaintiffs 23 filed by Plaintiffs M Eichenlaub, D Eichenlaub. (ir, ) (Entered: 04/23/2007) |
| 04/09/2007 | 28 | MINUTES OF IN CHAMBERS ORDER held before Judge George H. King : Court finds Attorney Dale K Galipos EX PARTE APPLICATION for Order for substitution of attorneys for plaintiffs 23 suitable for resolution without oral argument; application is Granted. Mr Yagman is relieved and Mr Galipo is substituted in as attorney of record for the plaintiffs in this case. Within fourteen days hereof, Mr Yagman is Ordered to deliver plaintiffs entire file to Mr Galipo ad to file with the court a declaration under oath indicating that he has so done ar to show cause as to why he should not be sanctioned for his failure to comply with the Rules of Professional Conduct. The stay on substantive filings as ordered in our 3/30/07 order is hereby vacated. Court Reporter: none. (lc, ) (Entered: 04/10/2007) |
| 04/09/2007 | 32 | RESPONSE to Dale Galipos supplemental declaration in support of plaintiffs motion to have court Order substitution of attorneys for plaintiffs 23 filed by plaintiffs M Eichenlaub, D Eichenlaub. (lc, ) (Entered: 04/24/2007) |
| 04/12/2007 | 29 | DECLARATION of Stephen Yagman regarding substitution of plaintiffs counsel 28 filed by Plaintiffs M Eichenlaub, D Eichenlaub. (lc, ) (Entered: 04/13/2007) |
| 04/12/2007 | 30 | NOTICE OF ATTORNEYS LIEN FOR COSTS AND ATTORNEY FEES by Law Firm of Yagman &Yagman &Reichman pursuant to written contract and and iis in approxmate sum of $500,000.00, and may be more or may be less filed by plaintiff M Eichenlaub, D Eichenlaub. (lc, ) (Entered: 04/13/2007) |
| 04/13/2007 | | PLACED IN FILE – NOT USED re proposed first amended complaint submitted by plaintiff M Eichenlaub, D Eichenlaub. (lc, ) (Entered: 04/16/2007) |
| 04/13/2007 | | PLACED IN FILE – NOT USED re proposed order on motion to have court order substitution of attorneys for plaintiffs submitted by plaintiff M Eichenlaub, D Eichenlaub. (lc, ) (Entered: 04/24/2007) |
| 04/13/2007 | | PLACED IN FILE – NOT USED re proposed order on plaintiffs ex parte motion subsituting Dale K Galipos in as attorney submitted by plaintiff M Eichenlaub, D Eichenlaub. (lc, ) (Entered: 04/24/2007) |
| 04/13/2007 | | PLACED IN FILE – NOT USED re plaintiff proposed motion to have court order substitution of attorney for plaintiffs; declarations of Dale K Galipo, Margaret Eichenlaub, David Eichenlaub submitted by plaintiffs M Eichenlaub, D Eichenlaub. (lc, ) Modified on 4/24/2007 (lc, ). (Entered: 04/24/2007) |
| 04/23/2007 | 33 | DECLARATION of Stephen Yagman 28 filed by Plaintiffs M Eichenlaub, D Eichenlaub. (lc, ) (Entered: 04/24/2007) |
| 06/07/2007 | 34 | EXPARTE APPLICATION to Extend discovery cutoff filed by plaintiffs M Eichenlaub, D Eichenlaub.(lc) (Entered: 06/11/2007) |
| 06/07/2007 | 35 | EX PARTE APPLICATION for Leave to add additional named defendants in place of doe defendants filed by plaintiffs M Eichenlaub, D Eichenlaub.(lc) (Entered: 06/11/2007) |
| 06/11/2007 | 36 | STIPULATION AND ORDER plaintiffs permitted to file first amended complaint to name and substitute as DOE defendants the involved Deputy Sheriffs Doe 1 Gilbert Ramirez, Doe 2 Michael Barlow, Doe 3 Lt James Tatreau, Doe 4 Edward Gilpin, Doe 5 Ruben Rivas, Doe 6 David Harrison, Doe 7 James Herrera, Doe 8 |

| | | |
|---|---|---|
| | | Daniel Mailloux, Doe 9 Richard Crowther, Doe 10 County of Los Angeles; first amended comliant is deemed filed and served on Leroy Baca this date; plaintiffs shall serve all new defendants within 21 days hereof or show cause why any unserved defendants shold not be dismissedfor failure to diligently proseucte any newly served defendants shall respond within 20 days of 6/8/07; any request to extend scheduling dates should be by stipulation or noticed motion by Judge George H. King(lc) (Entered: 06/12/2007) |
| 06/11/2007 | 37 | FIRST AMENDED COMPLAINT against defendants Gilbert Ramirez, Michael Barlow, James Tatreau, Edward Gilpin, Ruben Rivas, David Harrison, James Herrera, Pierre Mailloux, Richard Crowther, County of Los Angeles, Leroy Baca; Party Unknown Named Defendants terminated amending Complaint − (Discovery) 1 ,filed by plaintiffs M Eichenlaub, D Eichenlaub (lc) (Entered: 06/12/2007) |
| 06/11/2007 | 38 | ORDER DENYING AS MOOT THEREON the proposed amendment to complaint and order to substitute true name of doe defendants, as court approved filing of first amended complaint by Judge George H. King (lc) (Entered: 06/12/2007) |
| 06/12/2007 | 39 | ORDER upon agreement and stipulation of parties 34 Discovery completition date is extended and continued until 11/30/2007 by Judge George H. King (lc) (Entered: 06/13/2007) |
| 07/09/2007 | 40 | PROOF OF SERVICE Executed by Plaintiffs M Eichenlaub, D Eichenlaub, upon Ruben Rivas served on 7/6/2007, answer due 7/26/2007. The Summons and First Amended Complaint were served by Personal service, by Federal statute, upon L.E.T. James, Authorized to accept service on behalfof Defendant Deputy Ruben Rivas. Due Dilligence declaration n/a. Original Summons Not Returned. (shb) Modified on 7/12/2007 (shb, ). (Entered: 07/12/2007) |
| 07/09/2007 | 41 | PROOF OF SERVICE Executed by Plaintiffs M Eichenlaub, D Eichenlaub, upon David Harrison served on 7/6/2007, answer due 7/26/2007. The Summons and First Amended Complaint were served by Personal service, by Federal statute, upon L.E.T. James, Authorized to accept service on behalf of Defendant Deputy David Harrison. Due Dilligence declaration n/a. Original Summons Not Returned. (shb) (Entered: 07/12/2007) |
| 07/09/2007 | 42 | PROOF OF SERVICE Executed by Plaintiffs M Eichenlaub, D Eichenlaub, upon Richard Crowther served on 7/6/2007, answer due 7/26/2007. The Summons and First Amended Complaint were served by Personal service, by Federal statute, upon L.E.T. James, Authorized to accept service on behalf of Defendant Deputy Richard Crowther. Due Dilligence declaration n/a. Original Summons Not Returned. (shb) (Entered: 07/12/2007) |
| 07/09/2007 | 43 | PROOF OF SERVICE Executed by Plaintiffs M Eichenlaub, D Eichenlaub, upon James Tatreau served on 7/6/2007, answer due 7/26/2007. The Summons and First Amended Complaint were served by Personal service, by Federal statute, upon L.E.T. James, Authorized to accept service on behalf of Defendant LT. James Tatreau. Due Dilligence declaration N/A. Original Summons Not returned. (shb) (Entered: 07/12/2007) |
| 07/09/2007 | 44 | PROOF OF SERVICE Executed by Plaintiffs M Eichenlaub, D Eichenlaub, upon Gilbert Ramirez served on 7/6/2007, answer due 7/26/2007. The Summons and First Amended Complaint were served by Personal service, by Federal statute, upon L.E.T. James, Authorized to accept service on behalf of Defendant Deputy Gilbert Ramirez. Due Dilligence declaration n/a. Original Summons Not Returned. (shb) (Entered: 07/12/2007) |
| 07/09/2007 | 45 | PROOF OF SERVICE Executed by Plaintiffs M Eichenlaub, D Eichenlaub, upon Edward Gilpin served on 7/6/2007, answer due 7/26/2007. The Summons and First Amended Complaint were served by Personal service, by Federal statute, upon L.E.T.James, authorized to accept service on behalf of Deputy Edward Gilpin. Due Dilligence declaration N/A. Original Summons Not Returned. (shb) (Entered: 07/12/2007) |
| 07/09/2007 | 46 | PROOF OF SERVICE Executed by Plaintiffs M Eichenlaub, D Eichenlaub, upon James Herrera served on 7/6/2007, answer due 7/26/2007. The Summons and First Amended Complaint were served by Personal service, by Federal statute, upon |

| | | L.E.T. James Herrera, authorized to accept service on behalf of Defendant Deputy James Herrera. Due Dilligence declaration n/a. Original Summons Not Returned. (shb) (Entered: 07/12/2007) |
|---|---|---|
| 07/09/2007 | 47 | PROOF OF SERVICE Executed by Plaintiffs M Eichenlaub, D Eichenlaub, upon County of Los Angeles served on 7/6/2007, answer due 7/26/2007. The Summons and First Amended Complaint were served by Personal service, by Federal statute, upon Jessie Riggins, Authorized to accept service on behalf of County of Los Angeles. Due Dilligence declaration n/a. Original Summons Not returned. (shb) (Entered: 07/12/2007) |
| 07/09/2007 | 48 | PROOF OF SERVICE Executed by Plaintiffs M Eichenlaub, D Eichenlaub, upon Michael Barlow served on 7/6/2007, answer due 7/26/2007. The Summons and First Amended Complaint were served by Personal service, by Federal statute, upon L.E.T. James, authorized to accept service on behalf of Defendant Deputy Michael Barlow. Due Dilligence declaration n/a. Original Summons Not Returned. (shb) (Entered: 07/12/2007) |
| 07/09/2007 | 49 | PROOF OF SERVICE Executed by plaintiff M Eichenlaub, upon The Summons and Complaint were served by subsituted service service, by FRCP statute, upon L.E.T. James, authorized to accept for Deputy DANIEL Mailloux. Due Dilligence declaration none. Original Summons not returned. ( Daniel Mailloux, is not a named defendant on this case) (lc) (Entered: 07/12/2007) |
| 07/24/2007 | 50 | MINUTES OF IN CHAMBERS ORDER held before Judge George H. King : re: On 6/11/07 Court approved stipulation and order for filing first amended complaint which was deemed filed and served on Leroy Baca. Court further ordered Leroy Baca to respond with 20 days of 6/8/07 and new defendants shall respond within 20 days service. Court notes defendants Ruben Rivas, Daivd Harrison, Richard Crowther, James Tatreau, Gilbert Ramirrez, Edward Gilpin, James Herrera, County of Los Angeles, Michael Barlow and Daniel Mailloux have been served with summons and first amended complaint and responsive pleading due 7/26/07. However, docket does not reflect defendant Leroy Baca has filed an answer as ordered. Defendant Leroy Baca is ORDERED TO SHOW CAUSE IN WRITING within 10 days thereof why default should not entered for failure to comply with court order of 6/11/07 36 , 37 . The record does not reflect that counsel has complied with 2/2/07 and 6/11/07 regarding scheduling conference and Local Rule 16−14 compliance. Counsel are ORDERED TO SHOW CAUSE IN WRITING within 10 days hereof, why sanctions should not be imposed for failure to comply with court orders(lc) (Entered: 07/25/2007) |
| 07/31/2007 | 53 | ANSWER OF COUNTY OF LOS ANGELES, LEROY BACA; EDWARD GILPIN, GILBERT RAMIREA, MICHAEL BARLOW; JAMES TATREAU; RUBEN RIVAS; DAVID HARRISON; RICHARD CROWTHER; DANIEL MAILLOUX AND JAMES HERRERA TO PLAINTIFF'S FIRST Amended Complaint, 37 ; DEMAND FOR JURY TRIAL filed by Defendants Leroy Baca, Gilbert Ramirez, Michael Barlow, James Tatreau, Edward Gilpin, Ruben Rivas, David Harrison, James Herrera, Pierre Mailloux, Richard Crowther, County of Los Angeles.(shb) (Entered: 08/08/2007) |
| 08/01/2007 | 51 | CERTIFICATE of Interested Parties filed by Defendants Leroy Baca, Gilbert Ramirez, Michael Barlow, James Tatreau, Edward Gilpin, Ruben Rivas, David Harrison, James Herrera, Pierre Mailloux, Richard Crowther, County of Los Angeles. (lc) (Entered: 08/03/2007) |
| 08/03/2007 | 54 | NOTICE AND REQUEST of Settlement Procedure Selection (Sp1) filed; parties request to Appear Before Magistrate Judge for settlement proceedings.(shb) (Entered: 08/10/2007) |
| 08/03/2007 | 55 | DECLARATION of Dale K. Galipo re court's Order to Show Cause 50 notice; filed by plaintiffs M. Eichenlaub, D. Eichenlaub (ear) (Entered: 08/17/2007) |
| 08/03/2007 | 56 | RESPONSE to the Courts Order to Show Cause 50 ; Declaration of L Trevor Grimm filed by Defendants Leroy Baca, Gilbert Ramirez, Michael Barlow, James Tatreau, Edward Gilpin, Ruben Rivas, David Harrison, James Herrera, Pierre Mailloux, Richard Crowther, County of Los Angeles (ir) (Entered: 08/30/2007) |

| 08/07/2007 | 52 | MINUTES OF IN CHAMBERS ORDER RE TELEPHONIC STATUS CONFERENCE held before Judge George H. King: Court conducts telephonic status conference with counsel. The court orders the following: (1) The Order to show cause issued on July 24, 2007 is hereby discharged as to defendant Leroy Baca and all counsel. (2) The Court enteres the following revised order: A. All fact discovery to be completed by no later than December 31, 2007. B. The parties shall designate their expert witnesses and make the required disclosures by no later than January 21, 2008, and do likewise for any rebuttal experts by no later than February 4, 2008. All expert discovery shall be COMPLETED no later than February 29, 2008. 3. The parties shall comply with Local Rule 16−15 no later than March 21, 2008. If the case settles, counsel shall notify the court clerk forthwith. If this case does not settle, counsel shall file a joint status report within 48 hours of termination of settlement discussions. upon review of that report and if the court is satisfied that the parties have exhausted all good faith settlement discussions, the court will set a briefing schedule for any dispositive motions. IT IS SO ORDERED. (shb) (Entered: 08/08/2007) |
| 08/08/2007 | 57 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge George H. King ORDERING Settlement Procedure Selection; Requested Notice; (2) Defendant Leroy Baca and defense counsels response to the Courts order to show cause; declaration of L Trevor Grimm submitted by Defendant Leroy Baca received on 8/3/07 to be filed and processed; filed date to be the date the document was stamped Received but not Filed with the Clerk.(ir) (Entered: 08/30/2007) |
| 10/10/2007 | 58 | NOTICE of Association of Counsel associating attorney Dennis M Gonzales, Gary Y Tanaka on behalf of Defendants Leroy Baca, Gilbert Ramirez, Michael Barlow, James Tatreau, Edward Gilpin, Ruben Rivas, David Harrison, James Herrera, Pierre Mailloux, Richard Crowther, County of Los Angeles. Filed by defendants (ak) (Entered: 11/05/2007) |
| 10/10/2007 | 59 | NOTICE of Change of Address by Dennis M Gonzales, Gary Y Tanaka attorney for Defendant County of Los Angeles, changing firm address to 500 West Temple Street, Suite 651, Los Angeles, CA 90012. Filed by defendant Leroy Baca, etal (bb) (Entered: 11/06/2007) |
| 01/18/2008 | 60 | DESIGNATION of Expert Witnesses filed by Defendants Leroy Baca, Gilbert Ramirez, Michael Barlow, James Tatreau, Edward Gilpin, Ruben Rivas, David Harrison, James Herrera, Pierre Mailloux, Richard Crowther, County of Los Angeles. (Attachments: #_1 Exhibit Part 1 of 4#_2 Exhibit Part 2 of 4#_3 Exhibit Part 3 of 4#_4 Exhibit Part 4 of 4)(Tanaka, Gary) Modified on 1/23/2008 (ir, ). (Entered: 01/18/2008) |
| 01/24/2008 | 61 | RULE 26(a)(2)(A) REPORT of Expert Witness filed by Defendants Leroy Baca, Gilbert Ramirez, Michael Barlow, James Tatreau, Edward Gilpin, Ruben Rivas, David Harrison, James Herrera, Pierre Mailloux, Richard Crowther, County of Los Angeles. (Attachments: #_1 Exhibit Part 1 of 1)(Tanaka, Gary) (Entered: 01/24/2008) |
| 01/24/2008 | 62 | Joint STIPULATION for Discovery as to Internal Affair Documents filed by Defendants Leroy Baca, Gilbert Ramirez, Michael Barlow, James Tatreau, Edward Gilpin, Ruben Rivas, David Harrison, James Herrera, Pierre Mailloux, Richard Crowther, County of Los Angeles. (Attachments: #_1 Proposed Order Internal Affair Documents)(Tanaka, Gary) (Entered: 01/24/2008) |
| 01/25/2008 | 63 | Joint STIPULATION for Discovery as to Copying of Coroner's Portmortem Examination and Autopsy of Decedent filed by Defendants Leroy Baca, Gilbert Ramirez, Michael Barlow, James Tatreau, Edward Gilpin, Ruben Rivas, David Harrison, James Herrera, Pierre Mailloux, Richard Crowther, County of Los Angeles. (Attachments: #_1 Proposed Order)(Tanaka, Gary) (Entered: 01/25/2008) |
| 01/30/2008 | 64 | STIPULATION RE: INTERNAL AFFAIR DOCUMENTS AND ORDER AS MODIFIED BY THE COURT by Judge Carolyn Turchin : (dam) Modified on 1/30/2008 (dam, ). (Entered: 01/30/2008) |
| 01/30/2008 | 65 | ORDER RE:INTERNAL AFFAIR DOCUMENTS AS MODIFIED BY THE COURT by Judge Carolyn Turchin, re Stipulation and Order 64 (dam) (Entered: 01/30/2008) |

| | | |
|---|---|---|
| 01/30/2008 | 66 | STIPULATION TO PERMIT COPYING OF PHOTOGRAPHS, X–RAYS AND OTHER DOCUMENTS RELATED TO THE CORONER'S POSTMORTEM EXAMINATION AND AUTOPSYOF DECEDENT DEVIN EICHENLAUB AND THE EXAMINATION OF THE TISSUE, BLOOD AND ORGANS OF DECEDENT DEVIN EICHENLAUB IN THE POSSESSION OF THE LOS ANGELES COUNTY CORONER ORDER MODIFIED BY THE COURT AND ORDER by Judge Carolyn Turchin : re Stipulation for Discovery, 63 . (dam) (Entered: 01/30/2008) |
| 01/30/2008 | 67 | ORDER TO PERMIT COPYING OF PHOTOGRAPHS, X–RAYS AND OTHER DOCUMENTS RELATED TO THE CORONER'S POSTMORTEM EXAMINATION AND AUTOPSY OF DECEDENT DEVIN EICHENLAUB, AND THE EXAMINATION OF THE TISSUE, BLOOD AND ORGANS OF DECEDENT DEVIN EICHENLAUB IN THE POSSESSION OF THE LOS ANGELES COUNTY CORNOR AS MODIFIED BY THE COURT by Judge Carolyn Turchin, re Stipulation for Discovery, 63 , Stipulation and Order, 66 (dam) (Entered: 01/30/2008) |
| 02/21/2008 | 68 | NOTICE of Related Case(s) filed by plaintiff M Eichenlaub, D Eichenlaub. Related Case(s): CV–07–08098 FMC (RCx) (Galipo, Dale) (Entered: 02/21/2008) |
| 02/21/2008 | 69 | NOTICE OF MOTION AND First MOTION to Extend Discovery Cut–Off Date to 4/18/2008 filed by plaintiff M Eichenlaub, D Eichenlaub. (Attachments: # 1 Proposed Order RE: Discovery Cut Off)(Galipo, Dale) (Entered: 02/21/2008) |
| 02/21/2008 | 70 | Joint STIPULATION to Consolidate Cases as to 06–06979 GHK(CTx) &07–08098 FMC (RCx) filed by plaintif M Eichenlaub, D Eichenlaub. (Attachments: # 1 Proposed Order Re: Consolidation of Related Cases)(Galipo, Dale) (Entered: 02/21/2008) |
| 03/07/2008 | 71 | ORDER by Judge George H. King : the following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order: Stipulation to Consolidate Cases 70 , for the following reasons: Incorrect event selected; (yl) (Entered: 03/07/2008) |
| 03/21/2008 | 72 | Joint STIPULATION for Protective Order filed by Defendants Leroy Baca, Michael Barlow, Edward Gilpin, David Harrison, Richard Crowther, County of Los Angeles. (Attachments: # 1 Proposed Order Regarding Confidential Materials)(Tanaka, Gary) (Entered: 03/21/2008) |
| 03/26/2008 | 73 | MINUTES DENYING PARTIES REQUEST TO SIGN STIPULATED PROTECTIVE ORDER WITHOUT PREJUDICE 72 held before Judge Carolyn Turchin. The parties' request for the court to sign a stipulated protective order has been referred to the magistrate judge and is DENIED WITHOUT PREJUDICE. (ca) (Entered: 03/26/2008) |
| 05/13/2008 | 74 | MINUTES OF Telephonic Status/Scheduling Conference held before Judge George H. King: Court conducts telephonic status/scheduling conference with counsel on the record. The above cases have been consolidated, and shall proceed under CV 06–6979–GHK(CTx) (hereinafter the 06 Action). All claims, defenses and parties in the 07 Action are deemed to be stated and to have appeared in the 06 Action. The 07 Action is hereby dismissed without prejudice as unnecessary. Court ordered parties to complete Dr. Lewinskys deposition within 14 days hereof (by no later than May 27, 2008). By no later than May 27, 2008, counsel shall file a joint status report with the court stating whether Dr. Lewinskys deposition has been completed as ordered herein. Counsel are directed to contact the court clerk to Magistrate Judge Carolyn Turchin forthwith to ascertaina date that is available on Judge Turchins calendar for settlement conference within 30 days hereof (by no later than June 12, 2008). Counsel shall within 24 days hereof (by no later than noon on Friday, June 6, 2008) advise the court clerk (Ms. Beatrice Herrera) whether they are willing to consent, and if so to which judge. The scheduling conference set for Monday, June 30, 2008 at 1:30 p.m. in the 07 Action is hereby taken off calendar and VACATED as unnecessary in light of this order. Court also admonished counsel that the conduct of this case so far has been less than optimal. Court reminded counsel that it expects counsel to abide strictly by the Federal and Local Rules and the Orders of the court. The court noted the prior violations of its orders, and cautioned counsel that any further failure to comply with the rules and |

| | | |
|---|---|---|
| | | our orders will result in the imposition of an appropriate sanction against the offending partyand/or counsel.Court Reporter: John Turman. (es) (Entered: 05/14/2008) |
| 05/14/2008 | 75 | ORDER RE: SUMMARY JUDGMENT MOTIONS by Judge George H. King: A deadline for dispositive motions has been set in the above-captioned case. Any motion(s) for summary judgment SHALL comply with all Federal and Local Rules, as well as this Order. Please be advised that this Order contains requirements more specific than the Local and Federal Rules (see document for further details). (bm) (Entered: 05/15/2008) |
| 05/19/2008 | 76 | ORDER by Judge Carolyn Turchin: The above matter was referred to Magistrate Judge Carolyn Turchin for settlement conference. The settlement proceedings will be in accordance with Local Rule 16-14 unless otherwise specified. You are hereby notified that the conference is scheduled for June 3, 2008 at 10:00 a.m., in Courtroom 590, Roybal Federal Building, 255 E. Temple Street, Los Angeles, California 90012. Confidential settlement letter shall be delivered on or before May 27, 2008. See document for further information. (ca) (Entered: 05/19/2008) |
| 05/22/2008 | 77 | STATUS REPORT *RE SETTING UP OF SETTLEMENT CONFERENCE* filed by Defendants Leroy Baca, Gilbert Ramirez, Michael Barlow, James Tatreau, Edward Gilpin, Ruben Rivas, David Harrison, James Herrera, Pierre Mailloux, Richard Crowther, County of Los Angeles. (Tanaka, Gary) (Entered: 05/22/2008) |
| 05/28/2008 | 78 | STATUS REPORT *RE COMPLETION OF DOCTOR LEWINSKY'S DEPOSITION* filed by Defendants Leroy Baca, Gilbert Ramirez, Michael Barlow, James Tatreau, Edward Gilpin, Ruben Rivas, David Harrison, James Herrera, Pierre Mailloux, Richard Crowther, County of Los Angeles. (Tanaka, Gary) (Entered: 05/28/2008) |
| 05/30/2008 | 79 | MINUTES OF IN CHAMBERS ORDER held before Magistrate Judge Carolyn Turchin: The court has received the confidential settlement conference letters submitted by the parties. **READ ENTIRE DOCUMENT IMMEDIATELY** (ca) (Entered: 05/30/2008) |
| 06/03/2008 | 80 | MINUTES OF Settlement Conference held before Magistrate Judge Carolyn Turchin: Case does not settle at this time. Settlement conference to resume to 6/5/2008 at 10:00 AM before Magistrate Judge Carolyn Turchin in courtroom 590.Court Smart: CS 06/03/2008. (ca) (Entered: 06/03/2008) |
| 06/05/2008 | 81 | MINUTES OF Settlement Conference held before Magistrate Judge Carolyn Turchin:Case settles for $475,000 and other material terms contingent upon approval of Contract Cities Claims Board, Los Angeles County Claims Board and Los Angeles County Board of Supervisiors. Settlement amount and other terms are set forth on the record. Counsel for defendant to have sought approval of all necessary boards on or before September 10, 2008. If the settlement terms are approved, counsel for defendant will issue payment on or before October 1, 2008. In any event, status report to be filed with the district judge on or before September 10, 2008. Assuming payment is made on or before October 1, 2008, counsel is to file a proposed order for dismissal with the District Court shortly thereafter, with a courtesy copy to be sent to the Magistrate Judge's clerk, Ms. Deborah Malone. Ms. Malone can be reached at (213) 894-6513. (ca) (Entered: 06/05/2008) |
| 06/06/2008 | 82 | STATUS REPORT *RE COMPLETION OF SETTLEMENT CONFERENCE* filed by Defendants Leroy Baca, Gilbert Ramirez, Michael Barlow, James Tatreau, Edward Gilpin, Ruben Rivas, David Harrison, James Herrera, Pierre Mailloux, Richard Crowther, County of Los Angeles. (Tanaka, Gary) (Entered: 06/06/2008) |
| 06/12/2008 | 83 | MINUTES OF IN CHAMBERS ORDER held before Judge George H. King: In light of the settlement reached by the parties in the above-entitled action (subject to the entity approval) 82 , ALL scheduling dates issued by the Court are hereby VACATED. Counsel shall file a joint status report by no later than September 10, 2008, informing the court of the status of the approval of the settlement. 82 . (ps) (Entered: 06/13/2008) |
| 09/10/2008 | 84 | STATUS REPORT *RE STATUS OF SETTLEMENT* filed by Defendants Leroy Baca, Gilbert Ramirez, Michael Barlow, James Tatreau, Edward Gilpin, Ruben Rivas, David Harrison, James Herrera, Pierre Mailloux, Richard Crowther, County |

| | | |
|---|---|---|
| | | of Los Angeles. (Tanaka, Gary) (Entered: 09/10/2008) |
| 12/12/2008 | 85 | DECLARATION of Dale K. Galipo filed by Plaintiff M Eichenlaub. (Galipo, Dale) (Entered: 12/12/2008) |
| 10/16/2009 | 86 | ORDER OF DISMISSAL by Judge George H. King: The Court having been advised by counsel for the parties on December 12, 2008, that the above−entitled action has been settled, and no further action having been taken by the plaintiff, IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice. (Made JS−6. Case Terminated.) (bm) (Entered: 10/16/2009) |

1

## PROOF OF SERVICE

2  **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3          At the time of service, I was over 18 years of age and **not a party to this
   action**.  I am employed in the County of Los Angeles, State of California.  My
4  business address is 700 South Flower Street, Suite 900, Los Angeles, California
   90017-4121.

5

          On October 5, 2012, I served true copies of the following document(s)
6  described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
   DEFENDANT GARY YOSHIO TANAKA's MOTION TO DISMISS**
7  **PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

8  Stephen Yagman                          *Plaintiff*
   723 Ocean Front Walk
9  Venice, CA 90291-3212
   Telephone: (310) 452-3200

10

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to
11  the persons at the addresses listed in the Service List and placed the envelope for
   collection and mailing, following our ordinary business practices.  I am readily
12  familiar with Hurrell Cantrall's practice for collecting and processing correspondence
   for mailing.  On the same day that the correspondence is placed for collection and
13  mailing, it is deposited in the ordinary course of business with the United States
   Postal Service, in a sealed envelope with postage fully prepaid.

14

          I declare under penalty of perjury under the laws of the United States of
15  America that the foregoing is true and correct and that I am employed in the office of
   a member of the bar of this Court at whose direction the service was made.

16

          Executed on October 5, 2012, at Los Angeles, California.

17

18

19                                          Theresa T. Cana

20

21

22

23

24

25

26

27

28

*HURRELL CANTRALL LLP*
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000