UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-7908-GW(SHx) | Date | July 3, 2014 |
|---|---|---|---|
| Title | *Stephen Yagman v. Dale Kristopher Galipo, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen Yagman, pro se | Dale K. Galipo |

**PROCEEDINGS:** **PRETRIAL CONFERENCE**

Court and counsel confer re pretrial issues. The Court invites the parties to discuss settlement. Settlement is held off the record.

Settlement is reached. Terms of the settlement are placed on the record and the transcript of this proceeding is placed under seal.

The Court sets an Order to Show Cause re Settlement for **July 31, 2014 at 8:30 a.m.** The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on July 29, 2014.

The Trial set for July 8, 2014 is vacated and TAKEN OFF-CALENDAR.

|  | 1 | : | 00 |
|---|---|---|---|
| Initials of Preparer | JG | | |