JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN YAGMAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>DALE KRISTOPHER GALIPO; et al.,<br><br>        Defendants. | Case No. CV 12-07908-GW(SHx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Good cause appearing and the parties having stipulated, **IT IS ORDERED** that the entire action is dismissed with prejudice.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated:  July 28, 2014

_____
Hon. George H. Wu
United States District Judge

Case No. CV 12-07908 GW (SHx)
ORDER